### THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**TIMOTHY DOYLE PADGETT**                                         **PLAINTIFF**

**v.**                                         **CIVIL CASE NO. 1:20-CV-106-MPM-RP**

**COMMISSIONER OF SOCIAL SECURITY**                                         **DEFENDANT**

### ORDER AND FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated February 26, 2021, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1.     That the report and recommendation of the United States Magistrate Judge dated February 26, 2021, is **APPROVED** and **ADOPTED**, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2.     The Commissioner's decision is **AFFIRMED**.

3.     As such, the case is **CLOSED.**

**SO ORDERED**, this the 25th day of March, 2021.

/**s**/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**